Stipulation of Dismissal 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY and
GEICO CASUALTY COMPANY,

                        Plaintiffs,

       -against-

WALLEGOOD, INC., ALEKSANDER CHERNYSHEV,
JACOB KEUM, M.D., HONG PAK, M.D., MELISSA
EVANS, N.P., MINI MATHEW, N.P., and JOHN DOE
DEFENDANTS 1-10,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

Docket No.:
1:21-cv-01986-PKC-RLM

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT JACOB KEUM, D.O.

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for Plaintiffs Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company (collectively, "Plaintiffs") and Defendant Jacob Keum, D.O. ("Defendant") that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party to this action has an interest in the subject matter of this action, all claims asserted by the Plaintiffs against the Defendant are hereby discontinued, without prejudice. Each party shall bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action. This stipulation may be filed without any further notice with the Clerk of the Court.

Dated: 9/21/2021

RIVKIN RADLER LLP

By: _____
    Barry Levy, Esq.
    Michael Vanunu, Esq.
926 RXR Plaza
Uniondale, New York 11556

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty*

DEFENDANT JACOB KEUM

By: _____
    Jacob Keum
*Pro se Defendant*